UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID CARMINE LETTIERI,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL MEDICAL CENTER DEVENS,<br><br>Respondent. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 26-13687-ADB |

ORDER

BURROUGHS, D.J.

Pro se petitioner David Lettieri, who is confined at FMC Devens, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he asks this Court to remove certain allegedly false information from his presentence report ("PSR") in United States v. Lettieri, Crim. No. 21-cr-00020 (W.D.N.Y.). The petition is DENIED.[1] A PSR report relied on by a sentencing court is an official court document that cannot be changed except upon order of the sentencing court. Even then, the jurisdiction of the sentencing court to alter a PSR is limited. See, e.g., United States v. Decker, No. 24-11466, 2025 WL 1452601, at *1 (11th Cir. 2025) (per curiam) (where defendant did not seek a reduction in sentence or challenge his sentence through a 28 U.S.C. § 2255 motion, the sentencing court lacked jurisdiction to hear a post judgment motion to correct alleged erroneous information in the defendant's PSR).

IT IS SO ORDERED.

November 6, 2026

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

[1] Under 28 U.S.C. § 2243, a court is not required to order a respondent to respond to a habeas petition if it appears from the pleading that the petitioner is not entitled to habeas relief.